United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 31, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 03-50572
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE CANDELARIO RIOS, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-02-CR-397-1-WWJ
--------------------

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jose Candelario Rios, Jr., the defendant, was convicted by a jury of possession of marijuana with intent to distribute and importation of marijuana. Rios argues that the evidence was insufficient to support his conviction because the marijuana was concealed inside the vehicle he was driving and the Government failed to show that he knew that the marijuana was in the vehicle.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Viewing the evidence in a light most favorable to the jury's verdict, there is sufficient evidence to support both convictions.  See United States v. Diaz-Carreon, 915 F.2d 951, 953-54 (5th Cir. 1990); United States v. Ortega-Reyna, 148 F.3d 540, 544 (5th Cir. 1998).  The judgment of the district court is AFFIRMED.